# UNITED SETATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DOUGLAS P. NAYLOR,**<br>on behalf of himself and all others<br>similarly situated,<br>      **Plaintiff**<br><br>v.<br><br>**UNIFUND CCR PARTNERS, a New York**<br>**General Partnership, by and through its**<br>**general partners,**<br>**CREDIT CARD RECEIVABLES FUNDS, INC.**<br>**and ZB LIMITED PARTNERS, a Delaware**<br>**Limited Partnership,**<br>**UNIFUND CORPORATION, and**<br>**DAVID G. ROSENBERG,**<br>      **Defendants** | )<br>)<br>)<br>)<br>)<br>)   Civil No.  09-40195-TSH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff Douglas P. Naylor hereby dismisses this action with prejudice, except as to claims brought in a representative capacity on behalf of absent class members, which are dismissed without prejudice.

                                      DOUGLAS P. NAYLOR
                                      By his attorney:

                                      */s/Kenneth D. Quat*
                                      BBO #408640
                                        QUAT LAW OFFICES
                                        678 Massachusetts Avenue, Suite 702
                                        Cambridge MA 02139
                                        (617) 492-0522
                                        ken@quatlaw.com